**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 00-20340

(Summary Calendar)

_____

ROYCE BUFFINGTON; JUDY BUFFINGTON,

Plaintiffs - Appellants,

versus

ANCHOR OPERATING COMPANY; LEXINGTON INSURANCE
COMPANY; STONEWALL INSURANCE COMPANY,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-99-CV-585

March 9, 2001

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    We AFFIRM for the reasons so thoroughly stated by the district court.

_____

    [*]    Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.